DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO HARRIS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2139

[November 27, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas M. Lynch, V, Judge; L.T. Case No. 96-014720CF10B.

Antonio Harris, Clermont, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

*         *         *

***Not final until disposition of timely filed motion for rehearing.***